UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

HIRUY AMANUEL,

    Plaintiff,

v.

CITY OF MENLO PARK, et al.,

    Defendants.

No. C 13-5258 NC

**ORDER RE: ATTENDANCE AT ENE**

Date: May 21, 2014
Evaluator: James Fitzgerald

    IT IS HEREBY ORDERED that the request to excuse named defendants Officer James Luevano, Officer Jeffrey Vasquez, Officer Joshua Venzon, Officer Tony Mendoza and Officer Brad Schuler from participating in the May 21, 2014, ENE session before James Fitzgerald is GRANTED The excused Officers shall be reachable by telephone for the duration of the session.

    IT IS SO ORDERED.

May 16, 2014    By: _____
Dated                            Maria-Elena James
                                       United States Magistrate Judge