UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIRUY AMANUEL,<br>         Plaintiff,<br>     v.<br>ED SOARES,<br>         Defendant. | Case No. 13-cv-05258-NC<br><br>**NOTICE OF DEFICIENCY**<br><br>Re: Dkt. No. 45 |

The Court has reviewed the parties' joint trial readiness binder and notes the following documents are not present:

1. Proposed order of trial stipulations
2. Plaintiff's expert witness list
3. Updated list of discovery excerpts

The parties must submit these documents or an explanation why the document is not applicable by June 30 at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: June 29, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.: 13-cv-05258-NC