UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIRUY AMANUEL,<br>　　　　Plaintiff,<br>　　v.<br>ED SOARES,<br>　　　　Defendant. | Case No.13-cv-05258-NC<br><br>**ORDER RE: TRIAL DATE** |

Magistrate Judge Lloyd has indicated that the parties have reached a settlement agreement. Dkt. No. 54. Until the parties file a joint stipulation of dismissal, the trial date remains as set.

**IT IS SO ORDERED.**

Dated: July 20, 2015　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No.:13-cv-05258-NC